UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CARLOS,<br><br>                              Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>                              Defendant. | Case No.:  20cv2183-L-RBM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Motion for Order to Dismiss Entire Action (ECF No. 20) is granted.  This action is dismissed with prejudice in its entirety, including all claims and counterclaims.  Each party shall bear her or its own attorney's fees and costs.

      IT IS SO ORDERED.

Dated:  March 31, 2022

_____
Hon. M. James Lorenz
United States District Judge